UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN ENGLISH,
        Plaintiff,
v.                                            Case No. 3:18-cv-77-J-20JRK

CREDIT ONE BANK, N.A.,
        Defendant.
_____/

## ORDER

This matter is before this Court on the parties' "Joint Motion to Stay Case Pending Arbitration"(Dkt. 7). This pleading explains that based on a cardholder agreement between Plaintiff and Defendant, the parties agreed to submit all claims to binding arbitration. The parties, therefore, request this Court stay this matter pending that arbitration.

Accordingly it is **ORDERED**:

1. The parties' "Joint Motion to Stay Case Pending Arbitration"(Dkt. 7) is **GRANTED**;

2. The parties are ordered to submit to binding arbitration; and

3. This case is administratively closed while the parties are in arbitration. However every ninety (90) days Plaintiff shall file a notice to this Court on the progress of the arbitration.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of February, 2018.

                                                    HARVEY E. SCHLESINGER
                                                    UNITED STATES DISTRICT JUDGE

Copies to:
Octavio Gomez, Esq.
Dayle Marie Van Hoose, Esq.